UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. CHAVEZ,<br><br>    Petitioner,<br><br>  v.<br><br>D. DAVEY, *Warden*,<br><br>    Respondent. | No. CV 17-7849 SJO (FFM)<br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Petition and Denying Certificate of Appealability,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: November 20, 2017

*S. James Otero*
-----------------------
S. JAMES OTERO
United States District Judge